UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KATHERINE YOUNG,<br><br>                    Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>                    Defendant. | Case No.: 3:21-cv-00438-BEN-AHG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>[ECF No. 4] |
|---|---|

   Plaintiff Katherine Young and Defendant Lincoln Life Assurance Company of Boston ("Defendant") filed a Joint Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint (the "Joint Motion").  ECF No. 4.  Good cause appearing, the Court **GRANTS** the Joint Motion.  Accordingly, Defendant shall file its responsive pleading on or before April 28, 2021.

   **IT IS SO ORDERED.**

Dated: April 1, 2021

_____
**HON. ROGER T. BENITEZ**
United States District Judge